UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GLORIA J. CRUMPTON              *
    Plaintiff
                                       *      NO.:   4:04CV152LN
vs.
                                       *
UNITED PARCEL SERVICE, INC.
    Defendant              *

**O R D E R**

In consideration of the parties' Joint Motion to Dismiss, it is hereby ordered that all claims in this action be dismissed with prejudice, each party to bear its own costs.

Jackson, Mississippi, this  2nd day of February, 2006

                                          /s/ Tom S. Lee
                                       UNITED STATES DISTRICT COURT JUDGE